CLOSED, LSS, REF_DISCOV, STAY

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:07-cv-60428-JIC

Troiano v. Menu Foods, Inc. et al
Assigned to: Judge James I. Cohn
Referred to: Magistrate Judge Lurana S. Snow
Demand: $5,000,000
Cause: 28:1332 Diversity-Property Damage

Date Filed: 03/26/2007
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Christina Troiano**                         represented by   **James Lee Davidson**
                                                               Lerach Coughlin Stoia Geller Rudman & Robbins LLP
                                                               120 East Palmetto Park Road
                                                               Suite 500
                                                               Boca Raton, FL 33432
                                                               561-750-3000
                                                               Fax: 561-750-3364
                                                               Email: jdavidson@lerachlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Lawrence M. Kopelman**
                                                               Kopelman & Blankman
                                                               350 E Las Olas Boulevard
                                                               Suite 980
                                                               Fort Lauderdale, FL 33301
                                                               954-462-6855
                                                               Fax: 462-6899
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul Jeffrey Geller**
                                                               Lerach Coughlin Stoia Geller Rudman & Robbins
                                                               120 E Palmetto Park Road
                                                               Suite 500
                                                               Boca Raton, FL 33432
                                                               561-750-3000
                                                               Fax: 561-750-3364
                                                               Email: pgeller@lerachlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Stuart Andrew Davidson**
                                                               Lerach Coughlin Stoia Geller Rudman & Robbins
                                                               120 East Palmetto Park Road
                                                               Suite 500
                                                               Boca Raton, FL 33432
                                                               561-750-3000
                                                               Fax: 750-3364
                                                               Email: sdavidson@lerachlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Menu Foods, Inc.      represented by    **Robert Dewitt McIntosh**
Adorno & Yoss
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL 33335-9002
954-523-5885
Fax: 760-9531
Email: rdm@adorno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Menu Foods Income Fund      represented by    **Robert Dewitt McIntosh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2007 | 1 | COMPLAINT against Menu Foods, Inc., Menu Foods Income Fund Filing fee $ 350. Receipt#: 539659, filed by Christina Troiano.(ls) (Entered: 03/26/2007) |
| 03/26/2007 | 2 | Summons Issued as to Menu Foods, Inc.. (ls) (Entered: 03/26/2007) |
| 03/26/2007 | 3 | Summons Issued as to Menu Foods Income Fund. (ls) (Entered: 03/26/2007) |
| 03/29/2007 | 4 | ORDER REFERRING CASE to Magistrate Judge Lurana S. Snow for scheduling Matters and Pretrial Discovery Matters. Calendar Call set for 3/6/2008 01:30 PM in Fort Lauderdale Division before Judge James I. Cohn. Jury Trial set for 3/10/2008 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn.Signed by Judge James I. Cohn on 3/29/2007.(vt) (Entered: 03/29/2007) |
| 04/18/2007 | 5 | Defendant's MOTION to Stay *all Proceedings* by Menu Foods, Inc., Menu Foods Income Fund. Responses due by 5/2/2007 (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 6 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit "D"* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 7 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit "E"* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit A, Part I.* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 9 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit A, Part II* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 10 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit B, Part I* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |

| | | |
|---|---|---|
| 04/18/2007 | 11 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit B, Part II* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 12 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit B, Part III* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 13 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit C, Part I* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 14 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit C, Part II* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 15 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit C, Part III* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 16 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Exhibit C, Part IV* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/18/2007) |
| 04/23/2007 | 17 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund re 5 Defendant's MOTION to Stay *all Proceedings Proposed Agreed order* (Attachments: # 1)(McIntosh, Robert) (Entered: 04/23/2007) |
| 04/24/2007 | 18 | Notice of Docket Correction: Added attachment description re 17 Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Notice of Instruction to Filer: In the future add proper description to attachments. (nt) (Entered: 04/24/2007) |
| 04/26/2007 | 19 | ORDER granting 5 Motion to Stay. Signed by Judge James I. Cohn on 04/26/2007. (lc2) (Entered: 04/26/2007) |
| 06/25/2007 | 20 | NOTICE by Menu Foods, Inc., Menu Foods Income Fund *of Filing Transfer Order by Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit)(McIntosh, Robert) (Entered: 06/25/2007) |
| 06/28/2007 | 21 | Order Closing Case Due To MDL Transfer, Signed by Judge James I. Cohn on 6/28/07. (lh) (Entered: 06/28/2007) |
| 08/02/2007 | 22 | TRANSFER ORDER transferring case to the District of New Jersey re: MDL # 1850 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Noel L. Hillman, ( Signed by Judge Wm. Terrell Hodges, Chairman of the Panel)(sk) (Entered: 08/02/2007) |
| 08/02/2007 | 23 | TRANSFER ORDER transferring case to the District of New Jersey re: MDL # 1850 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Noel L. Hillman, ( Signed by Judge Wm. Terrell Hodges, Chairman of the Panel)(sk) (Entered: 08/02/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 08/03/2007 11:53:54 | | |
| PACER Login: | us4214 | Client Code: |
| Description: | Docket Report | Search Criteria: | 0:07-cv-60428-JIC |
| Billable Pages: | 2 | Cost: | 0.16 |